926

No. 87-369. O'DONNELL v. LOCAL 165, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87-378. NEWTON B. SCHWARTZ, P. C., ET AL. v. DEAN. C. A. 2d Cir. Certiorari denied.

No. 87-379. KRUZELOCK v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 87-383. FORT WAYNE MORTGAGE CO. v. WOOD. C. A. 11th Cir. Certiorari denied.

No. 87-385. PAUL, AKA PEREZ v. WATCHTOWER BIBLE & TRACT SOCIETY OF NEW YORK, INC. C. A. 9th Cir. Certiorari denied.

No. 87-386. LISTER v. NORTH AMERICAN ROCKWELL, AUTO-NETICS. C. A. 9th Cir. Certiorari denied.

No. 87-392. CORRIGAN, GUARDIAN OF CORRIGAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87-393. CENTRAL STATES, SOUTHEAST & SOUTHWEST AREAS PENSION FUND ET AL. v. CENTRAL TRANSPORT, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 87-396. ILLINOIS STATE BOARD OF EDUCATION ET AL. v. BOARD OF EDUCATION OF CITY OF PEORIA, SCHOOL DISTRICT No. 150. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 87-402. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL-CIO, ET AL. v. ALASKA AIRLINES, INC. C. A. 9th Cir. Certiorari denied.

No. 87-408. STRIPLIN v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 87-409. BUDINSKY, TDBA COLPAT MINE v. PENNSYL-VANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES ET AL. C. A. 3d Cir. Certiorari denied.